# FORT WORTH®

## PROFESSIONAL STANDARDS DIVISION

## INTERNAL AFFAIRS UNIT

Date:   June 14, 2022

To:   Tara Rice
2021 Arcos Way #1201
Fort Worth, TX, 76177

Re:   Complaint #: IA2022-211        Involving: Officer J Magana

The above listed complaint which occurred on April 12, 2022 has been thoroughly investigated and appropriate action was taken by the chain of command to address any sustained allegations of misconduct.

The discipline policies of the Fort Worth Police Department are governed and controlled by Texas Local Government Code, chapter 143 as well as the current City of Fort Worth Meet and Confer Agreement. For additional information related to the complaint investigation process, please visit our website at:
https://police.fortworthtexas.gov/Support/internal-affairs

Thank you for bringing this matter to our attention and for your patience during the investigative process. If you have any additional questions related to this matter, please don't hesitate to contact us at **817-392-4269**. You may also contact the Office of Police Oversight & Monitor at (817) 392-6535 or PoliceOversight@fortworthtexas.gov.

Sincerely,

Sergeant S Ricks
Internal Affairs Unit
Fort Worth Police Department

**From:** Police Oversight
**Sent:** Thursday, July 21, 2022 12:00 PM
**To:** Tara Rice; Police Oversight
**Subject:** RE: Complaint# IA2022-211

Good afternoon Ms. Rice,
The case is still being reviewed by Officer Magana's chain of command. Internal Affairs will provide you with a resolution letter once it is closed out. Thank you

**Office of the Police Oversight Monitor**
City of Fort Worth
200 Texas Street, Fort Worth, Texas 76102
Phone: 817-392-6535
E-mail: PoliceOversight@fortworthtexas.gov
Site: www.fortworthtexas.gov/opom

**City of Fort Worth — Working together to build a strong community.**



Follow Office of the Police Oversight Monitor


**From:** Tara Rice <ricetara817@gmail.com>
**Sent:** Tuesday, July 19, 2022 11:47 AM
**To:** Police Oversight <PoliceOversight@fortworthtexas.gov>
**Subject:** Complaint# IA2022-211

CAUTION: This email originated from outside of the City of Fort Worth email system. Do not click any links or open attachments unless you recognize the sender and know the content is safe.

Hello,
I am requesting more information on what actions were taken to address the misconduct of officer J Magana.


Sincerely,
Tara Rice

Case 4:26-cv-00052     Document 1-3     Filed 01/05/26 in TXSD     Page 3 of 6



# FORT WORTH POLICE DEPARTMENT

## EXTERNAL COMPLAINT FORM

**Complaint #:** _____

| Date & Time occurred | Involved Officer (if known) | |
|---|---|---|
| 04/12/2022 6PM | | |
| **Complainant Name** | **Address (including city, state, and zip code)** | **Phone** |
| TARA RICE | 2021 ARCOS WAY APT 1201 FORT WORTH, TEXAS 76177 | (817)658-3335 |
| **Witness Name** | **Address** | **Phone** |
| HANNAH MARTINEZ | | |
| JAHVIER RICE | | |
| | | |
| **Involved Officer car number or other identifiers** | | |
| | | |

**Details of Complaint (Describe what happened in as much detail as possible)**

On April 12, 2022, around 6 PM, I received a phone call from my 15-year-old son, who was driving a vehicle that was registered to me in my name, fully insured. Jahvier did what I advised him to do if he's ever pulled over, calling me immediately. I then heard the officer speaking to Jahvier in a hostile manner; in Jahvier, I could hear the fear in his voice. The officer told him to put down the phone. I did not tell you to call anyone.
Jahvier then stated that I am a minor. I called my mom into our community. He could not tell me where he was located on the property because the officer made him hang up. Found out where he was located on the property and went over there to monitor the traffic stop and check on my children, including my two daughters, Zuri and Jordyn, who are ages one and two. When I got out of the car, I asked the officer to call his sergeant; he stated no.
I then dialed 911 from my cell phone. When I got out of the car, I advised the officer that I just wanted to check on my children to make sure they were okay. He then yelled at me and told me he would arrest me for interfering. I stated that I was not interfering or even trying to interfere, so I did not approach the car. I went back to my car as I was waiting for 911 to answer the line; the officer then, I believe, said again I'm going to arrest you, and I said no, you're not, as I'm on the phone with 911. He then ran across the parking lot and attempted to snatch my phone out of my hand, so I raised my hand in the air. Then the officer slammed me against my car and put me in handcuffs. He then hung up on 911 and prevented me from making that 911 call. Jahvier also started recording with tears because he could not believe what was happening before his eyes.
The officer then goes over to him, threatens to arrest him, and snatches the phone out of his hand. The other officers arrive on the scene, and I am in the back of the cop car with handcuffs. The arresting officer brings beings to mention my son Jaylen. I asked him why are you talking about Jaylen, which had nothing to do with Jaylen; I also mentioned to the officer that he would lose his job. He replied with confidence and said no, I am not. Another officer came on the scene who was entertaining my two daughters. He then told the person there to pick up my girls why I was being placed into custody. "You must be Jaylen's new girlfriend" Jahvier Was then put into handcuffs and placed in the back of the cruiser given a citation.

Page 1 of 3



# FORT WORTH POLICE DEPARTMENT

## EXTERNAL COMPLAINT FORM

Complaint #: _____

Furthermore, not only was I put into handcuffs, but my right wrist was left injured during this process, and I was in pain for several days as well, as my blood pressure has been at a stroke level since this situation occurred. My blood pressure has been dangerously high 140/104, and has not returned to normal. I had to be placed on medication that I have to take daily now. I strongly feel that Fort Worth PD is targeting my son Jaylen Rice because they have it out for him so bad, and every time an officer is called, which has nothing to do with Jaylen; however, he's always brought up. My family's civil rights have been violated by Fort Worth PD. They have watched my home to watch every car come into my home, leave my house, and even follow my guest out. They have not only left me traumatized from this traumatic experience, but they have left my daughters, Hannah, And Jahvier. I also have a video in which one of my neighbors was in her apartment recording and watching it all take place. She then tracked Hannah Martinez down and sent the video; she tried to come outside. When more units arrived, to tell them I did nothing wrong. The officers were not listening at all.

Even the sergeant did not care. Jaylen was taken into custody without incident on April 11, 2022, by Tarrant County Sherriff from another location; it clearly shows in the system that he is in jail when you look him up as well as April 12, 2022, just exposed how biased, corrupt, and racist that Tarrant County officials are and have been towards him and my family. I am DEMANDING all Jaylen's charges against him are dropped immediately; Jahvier citations are dropped, and my charge of Inference with public duties are dropped. AS WELL AS MY FAMILY RECEIVES COMPENSATION, I WILL, AND I AM READY. TO TAKE EVERYTHING TO SOCIAL MEDIA AND NEWS STATIONS, FILE A CIVIL SUIT, AND ENSURE THAT EVERY SINGLE PERSON INVOLVED IS HELD ACCOUNTABLE. This story is now part of our history, and someday, I will have to share this part with my daughters.



# FORT WORTH POLICE DEPARTMENT

## EXTERNAL COMPLAINT FORM

**Complaint #:** _____

| | |
|---|---|
| I swear or affirm that I have personal knowledge of the facts stated above and that they are true and correct. I also understand that in accordance with Texas Local Government Code 143.312, this written statement must be signed and sworn to before a person authorized to administer oaths. | |
| **Complainant/Reporting Party signature**   *Tara rice* | **Date**  04/25/2022 |

Subscribed and Sworn to before me, a Notary Public / Peace Officer in and for the State of Texas, this the _____ day of _____, 20___.

_____
Notary Public / Peace Officer

*Affix Notary Seal*

### TEXAS LOCAL GOVERNMENT CODE
### Sec. 143.312 (g) INVESTIGATION OF FIRE FIGHTERS AND POLICE OFFICERS

*An investigator may not interrogate a fire fighter or police officer based on a complaint by a complainant who is not a fire fighter or police officer unless the complainant verifies the complaint in writing before a public officer who is authorized by law to take statements under oath.*

### TEXAS PENAL CODE: 37.02-03 PERJURY AND AGGRAVATED PERJURY

*It is a criminal offense in the State of Texas for a person, with the intent to deceive and with knowledge of the statement's meaning, to make a false statement under oath or swear to the truth of a false statement previously made and where that statement is required or authorized by law to be made under oath. This crime is punishable as a Class A misdemeanor. This criminal offense may be enhanced as a 3rd degree Felony if the person commits perjury, as defined above, and the false statement is made during or in connection with an official proceeding; and is material.*

# FORT WORTH POLICE DEPARTMENT — PERSONNEL COMPLAINT

The employee shall not be interviewed, or asked for written correspondence, until at least 48 hours from the time they receive this personnel complaint. (Exception: on-the-scene investigation that occurs immediately after an incident or a signed 48-hour waiver form.) See General Order 410.04 for further explanation and exceptions to this requirement.

| Date & Time reported | Complaint received by (Name & ID) | Personnel Complaint # |
|---|---|---|
| 04/15/2022 1450 | Detective M. Price #3900 | IA2022-211 |

| Date & Time occurred | Location occurred | Offense/Incident report# |
|---|---|---|
| 4/12/2022 1815 | 2021 Arcos Way | 220028018 |

| Complainant/Reporting Party | Race | Sex | Address | Phone |
|---|---|---|---|---|
| Tara Rice | B | F | 2021 Arcos Way | 817-658-3335 |

| Witnesses | Race | Sex | Address | Phone |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| Involved Employee Name, ID, & Assignment | Phone |
|---|---|
| Officer Jordan Magana #4393 | 817-392-3150 |

**Specific Allegations (Including applicable statute, GO, PRR, or other reference numbers)**

**306.04 DE-ESCALATION**
 A. An officer shall use de-escalation techniques consistent with department training whenever possible and appropriate before resorting to force and to reduce the need for force.
  1. Officers should use advisements, warnings, verbal persuasion, decision-making models pursuant to training

**703.00 PROFESSIONAL CONDUCT**
 B. Neglect of duty on the part of any employee is cause for disciplinary action. The offender shall be disciplined according to the severity of the violation, the commensurate responsibility or accountability of their rank or position, the results brought about by the action or inaction, and the effect it has upon the discipline, good order, and best interest of the department. Neglect of duty includes, but is not limited to, the following: *TBP 1.08*
  2. Failure to observe and give effect to the federal, state, and local statutes and the policies and procedures of the department.
 X. No officer shall falsely arrest, imprison, or cause any malicious prosecution to be instituted against any person.

**Narrative (Briefly describe the alleged conduct of the involved employee specifically related to the above allegations)**