United States District Court
Southern District of Texas

**ENTERED**

May 04, 2026

Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| TARA MICHELLE RICE, *et al*, | § § | CIVIL ACTION NUMBER 4:26-cv-00052 |
| Plaintiffs, | § § § | |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| CITY OF FORT WORTH, TEXAS, *et al,* | § § § | |
| Defendants. | § | |

### ORDER ADOPTING
### MEMORANDUM AND RECOMMENDATION

Plaintiff Tara Michelle Rice, in her individual capacity and as next friend of her three disabled adult children, Jaylen Micah Rice, Jahvier Malik Rice, Xzavier Malaki Rice, and two minor children, Z.W. and J.W., filed a complaint with seventeen causes of action against Defendants, alleging that they collectively engaged in a "coordinated, multi-year campaign of retaliation, extortion, fraud, malicious prosecution, child exploitation, attempted murder, murder-for-hire, obstruction of justice, and abuse of process" from 2020 to the present. Dkt 1 at ¶1. She also filed a motion requesting leave to proceed *in forma pauperis*. Dkt 2.

Pending is a Memorandum and Recommendation by Magistrate Judge Yvonne Y. Ho, recommending that (i) the motion for leave to proceed IFP be granted, and (ii) all claims be dismissed under 28 USC §1915(e)(2)(B). Dkt 5.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir

1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 5.

Claims brought on behalf of Jaylen Micah Rice, Jahvier Malik Rice, Xzavier Malaki Rice, Z.W., and J.W. against all Defendants are DISMISSED WITHOUT PREJUDICE because Tara Michelle Rice has not shown that she is entitled to assert those claims on her children's behalf.

Claims by Tara Michelle Rice under 42 USC §1983 against the State of Texas are DISMISSED WITHOUT PREJUDICE as barred by sovereign immunity.

The remaining federal claims by Tara Michelle Rice against all Defendants are DISMISSED WITH PREJUDICE for failure to state a claim.

Supplemental jurisdiction over the state-law claims by Tara Michelle Rice DECLINED, and those claims are DISMISSED WITHOUT PREJUDICE.

A final judgment will issue by separate order.

SO ORDERED.

Signed on May 4, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge

2